# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELITO EXMUNDO,<br><br>           Plaintiff,<br><br>     v.<br><br>R. KANE, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:08-cv-00822 DLB PC<br><br>ORDER DIRECTING CLERK OF COURT TO SEND CONSENT/DECLINE FORM TO DEFENDANTS<br><br>RESPONSE DUE IN TWENTY (20) DAYS |

   Plaintiff Emelito Exmundo is a state prisoner proceeding pro se in this civil rights action. Defendants Kane, Ross and Vilaysane ("Defendants") have appeared in the action but have not yet filed a notice consenting or declining to the jurisdiction of a United States Magistrate Judge.

   The Clerk of the Court is hereby directed to send to Defendants a consent / decline form. Defendants' response is due within twenty (20) days of service of this order.


   IT IS SO ORDERED.

   Dated:   **September 18, 2009**         **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE

1