# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELITO EXMUNDO, | CASE NO. 1:08-cv-00822 DLB PC |
| Plaintiff, | |
| v. | ORDER DISMISSING DEFENDANT VILAYSANE FROM ACTION |
| R. KANE, et al., | |
| Defendants. | (Docs. 1, 11) |

Plaintiff Emelito Exmundo ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and California law. The action was removed from the Fresno County Superior Court by defendants Kane and Ross ("Defendants") on June 12, 2008.

On August 20, 2009, the Court issued an order finding that Plaintiff's complaint states cognizable claims against Defendants Kane and Ross, but does not state any claims against Defendant Vilaysane. The Court ordered Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only on the claims found to be cognizable. On September 15, 2009, Plaintiff notified the Court that he does not wish to amend and is willing to proceed on the claims found cognizable.

Accordingly, it is HEREBY ORDERED that:

1. This action proceeds against Defendants Ross and Kane for retaliation in violation of the First Amendment, and interference with medical care, in violation of the Eighth Amendment, and for violation of the California Constitution; and

1

2. Defendant Vilaysane is dismissed from this action for Plaintiff's failure to state any claims for relief against him.

IT IS SO ORDERED.

Dated:   **October 13, 2009**                              **/s/ Dennis L. Beck**
                                                              UNITED STATES MAGISTRATE JUDGE