# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELITO EXMUNDO, | CASE NO. 1:08-cv-00822 DLB PC |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO ISSUE SECOND INFORMATIONAL ORDER |
| v. | |
| R. KANE, et al., | ORDER DIRECTING PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS WITHIN TWENTY (20) DAYS |
| Defendants. | |
| _____/ | |

   Plaintiff Emelito Exmundo ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and California law.  On October 7, 2009, defendants Kane and Ross filed a motion to dismiss.  (Doc. 15.)

   Plaintiff is HEREBY DIRECTED to file an opposition or statement of non-opposition to the motion within twenty (20) days of service of this order.  Local Rule 78-230(m).  Failure to comply with this order will result in dismissal of this action

   The Second Informational Order has not yet issued.  The Clerk of the Court is DIRECTED to issue the Second Informational Order.

   IT IS SO ORDERED.

   **Dated:   October 14, 2009**             **/s/ Dennis L. Beck**
                                                                UNITED STATES MAGISTRATE JUDGE

1